**DeVinche ALBRITTON,
Plaintiff–Appellant,**

v.

**Gene M. JOHNSON, Director of Virginia Department of Corrections; John Doe, Virginia Department of Corrections Health Services Director; David**

**B. Everett, Warden of Sussex II State Prison; Ms. Wanda Rollins, Sussex II State Prison Operations Officer and Law Library Supervisor; Officer Cris, former Sergeant Cris, now Officer Cris; Ms. Massenburg, Grievance Coordinator; Jane Doe, The Office Service Specialist, Defendants–Appellees.**

No. 10–6912.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 18, 2010.

Decided: Dec. 1, 2010.

DeVinche Albritton, Appellant Pro Se. Mark R. Davis, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

DeVinche Albritton appeals the district court's order denying his Fed.R.Civ.P. 60(b)(2) motion for relief from judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Albritton v. Johnson,* No. 2:07–cv–00356–JBF–FBS (E.D. Va. filed June 16, 2010; entered June 17, 2010). We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*